D/F

# H&B
# HEALY & BAILLIE, LLP

61 Broadway
New York, NY 10006-2834
T: +1 212-943-3980    F: +1 212-425-0131
www.healy.com

DIRECT DIAL (212) 709-9251
DIRECT FAX (212) 487-0351

ALAN C. TRACHTMAN
ATRACHTMAN@HEALY.COM

January 30, 2006

By Fax 718 613 2386 and U.S. Mail

Honorable Allyne R. Ross
United States District Court Judge
U.S. District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  U.S.A. v. Byoung Il Son
     Ind. # CR 05-489

*[handwritten: Application granted. The conference is adjourned until 3/10/06 @ 11:30am and the time excluded under the Speedy Trial Act at the request of defendant with the concurrence of the government. So ordered. USDJ 1/30/06 cc: Counsel]*

Dear Judge Ross:

We represent the defendant Byoung Il Son in this matter.

We seek, jointly with the Government, to adjourn the scheduled Court appearance on February 8, 2006 to the week of March 6, 2006, because of my business schedule and vacation out of the country. We are both available on March 10, 2006. We seek this adjournment since; (1) I have been scheduled to appear on February 8th at a mediation at JAMSENDISPUTE in the matter entitled "Jay Hoge v. Harbor Consultants, et al, 05 CV 3849 (HB)" which is a multi-party mediation, involving, *inter alia*, a Plaintiff who resides in Latvia and is a necessary party and (2) the discussions between the Government and Mr. Son are proceeding much slower than anticipated and more time is necessary to reach a conclusion.

Because of this request, Mr. Son agrees that this time should be excluded.

I have spoken with AUSA Elaine Banar and she joins in this request.

Very truly yours,
HEALY & BAILLIE, LLP

By
Alan C. Trachtman

cc: AUSA Elaine Banar (via fax 718 254 8702)

NEW YORK        NEW JERSEY        HONG KONG        CONNECTICUT

# H&B

# HEALY & BAILLIE, LLP

61 Broadway
New York, NY 10006-2834
T: +1 212-943-3980 F: +1 212-425-0131
www.healy.com

**Alan C. Trachtman**                                    **Direct Dial (212) 709-9251**
**ATrachtman@healy.com**                            **Direct Fax (212) 487-0351**

**PLEASE NOTE:** The information contained in this facsimile message may be privileged and confidential and is intended only for the use of the individual named below and others who have been specifically authorized to receive it. Additionally, if you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with this transmission, please notify us immediately by telephone: (212) 943-3980.

## January 30, 2006

| **To:** | **Company/Name** | **Fax#/City/State/Country** |
|---|---|---|
| | Honorable Allyne R. Ross | 718 613 2386 |
| | AUSA Elaine Banar | 718 254 8702 |
| **From:** | Alan C. Trachtman | |
| | Page 1 of 2 pages | |
| **Re:** | U.S.A. v. Byoung Il Son | |
| | Ind.# 05-489 | |
| | 101440.0001 | |

Please find letter.