# H&B
# HEALY & BAILLIE, LLP

61 Broadway
New York, NY 10006-2834
T: +1 212-943-3980  F: +1 212-425-0131
www.healy.com

ALAN C. TRACHTMAN
ATRACHTMAN@HEALY.COM

DIRECT DIAL (212) 709-9251
DIRECT FAX (212) 487-0351

July 24, 2006

**By Fax 718 613 2386 and U.S. Mail**
Honorable Allyne R. Ross
United States District Court Judge
U.S. District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

*[Handwritten: Application granted. The sentencing proceeding is adjourned to 9/5/06 @ 2:00pm. So ordered. 7/24/06 [signature], USDJ  cc: Counsel, Probation Officer Pizzo]*

Re: U.S.A. v. Byoung Il Son
Ind. # CR 05-489
Our Ref.: 101440-0001

Dear Judge Ross:

We represent the defendant Byoung Il Son in this matter.

This letter respectfully requests the Court adjoin the sentencing in this matter, now scheduled for August 3, 2006 until the second or third week in September.

I am in discussions with AUSA Elaine Banar concerning certain matters which may have an impact on the Sentencing Guidelines and will need further time to develop these issues.

Further, I have spoken with AUSA Elaine Banar and Nichole Pizzo, U.S. Probation, and they have no objection to this application by Mr. Son to this Court.

Very truly yours,

HEALY & BAILLIE, LLP

By [signature]
Alan C. Trachtman

ACT/os

cc: AUSA Elaine Banar (**via fax 718-254-8702**)
P.O. Nicole M. Pizzo (**via fax 347 534 3747**)

NEW YORK       NEW JERSEY       HONG KONG       CONNECTICUT

338089.1